IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| STEVEN J. LAWS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 2:23–CV–30 |
|  | ) |  |
| COCKE COUNTY, TENNESSEE, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## **ORDER**

This matter is before the Court on Plaintiff's Stipulation of Dismissal [Doc. 46] and the Report of Mediation filed by Thomas J. Wright, Esq. [Doc. 47]. The Stipulation of Dismissal is entitled "Stipulation of Dismissal of Nurse Misty Isaacs" and states that Plaintiff stipulates to the dismissal of "Sherry Lawson and Stephanie Cartwright from this lawsuit with prejudice and without finding of liability." [Doc. 46 at 1]. Sherry Lawson is a party to this action named in the Complaint, but Nurse Misty Isaacs is not, nor is Stephanie Cartwright. [Doc. 1, at 1]. The Complaint names Samantha Cartwright as a party, not Stephanie Cartwright. Plaintiff is **ORDERED** to file a revised stipulation correctly naming the parties to be dismissed within **seven (7) days** of this Court's Order.

Mr. Wright's Report of Mediation, dated June 11, 2024, states that the parties "were able to reach a settlement of all issues" and that the Court "should receive an Agreed Order of Dismissal in approximately 30 days." Over thirty days have now passed since the filing of the Report of Mediation, and a stipulation of dismissal has not been filed for any parties aside from Sherry Lawson and Samantha Cartwright. It is therefore **ORDERED** that the remaining parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than

1

**July 26, 2024**. The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

So ordered.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE